

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2013

Nos. 04-13-00166-CR
04-13-00167-CR
04-13-00168-CR
04-13-00169-CR

Adrian **CALVILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2012CR2999, 2012CR3000, 2012CR3001, & 2012CR3002
Honorable Philip A. Kazen, Jr., Judge Presiding

### ORDER

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on May 22, 2013.

_____
Marilyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2013.

_____
Keith E. Hottle, Clerk